NUMBER
13-05-652-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

___________________________________________________________________

 

DONALD R. PHARISS,                                              Appellant,

 

                                           v.

 

NBC MANAGEMENT, INC.,                                          Appellee.

___________________________________________________________________

 

                  On
appeal from the 267th District Court 

                           of
Victoria County, Texas

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

              Before
Justices Rodriguez, Castillo, and Garza

                       Memorandum
Opinion Per Curiam

 








Appellant, DONALD R. PHARISS, attempted to perfect an
appeal from a judgment entered by the 267th District Court of Victoria County, Texas, in cause number 03-10-60,409-C.  Judgment in this cause was signed on June 29, 2005.  A timely
motion for reconsideration was filed on July 14, 2005.  Pursuant to Tex.
R. App. P. 26.1, appellant=s notice of appeal was
due on September 27, 2005, but was not filed until October
14, 2005.   Appellant=s untimely motion for
extension of time to file notice of appeal was received on October 21, 2005,
and appellee=s response thereto was
received on November 4, 2005.

The Court, having examined and fully considered the documents on file,
appellant=s failure to timely
perfect his appeal, appellant=s untimely motion for
extension of time to file notice of appeal, and appellee=s response thereto, is
of the opinion that the appeal should be dismissed for want of
jurisdiction.  Appellant=s untimely motion for
extension of time to file notice of appeal and the appeal are  hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

 

 

Memorandum Opinion
delivered and filed this

the 26th
day of January, 2006.